UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MICHAEL CARTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-0108-TWP-MJD |
| | ) |
| **FAMILY VIDEO MOVIE CLUB, INC.** | ) |
| d/b/a **FAMILY VIDEO** | ) |
| Defendant. | ) |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

All parties to this action, having stipulated pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismissal of this action with prejudice, it is hereby ORDERED that this action be, and hereby is, dismissed WITH PREJUDICE, each party to bear their own attorney's fees and costs.

Dated: 11/07/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Daniel J. Fazio
WINSTON & STRAWN LLP
dfazio@winston.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Brian L. McDermott
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
brian.mcdermott@ogletreedeakins.com

Michael L. Mulhern
WINSTON & STRAWN LLP
mmulhern@winston.com

Quincy E. Sauer
MACEY SWANSON AND ALLMAN
qsauer@maceylaw.com

Jonathan E. Rosemeyer
WINSTON & STRAWN, LLP
jrosemeyer@winston.com